UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PERRY WOODS,<br><br>                Plaintiff<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK;<br><br>                Defendant. | NO.<br><br>COMPLAINT FOR PERSONAL INJURY DAMAGES<br><br>(Demand for Jury Trial) |

## I.    INTRODUCTION

1. Plaintiff Perry Woods seeks damages for injuries he suffered after slipping on an oil spill at a train station owned and operated by Defendant National Railroad Passenger Corporation, dba Amtrak.

## II.    PARTIES

2. Plaintiff Perry Woods is an individual who resides in King County, Washington.

3. Defendant Amtrak is a District of Columbia corporation that operates passenger trains throughout the United States, including in the State of Washington.

## III.    JURISDICTION AND VENUE

4. This Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1349. Amtrak is

incorporated by or under an Act of Congress.

5. Venue is proper in the Western District of Washington under 28 U.S.C. § 1391 because the events and omissions giving rise to Plaintiff's claims occurred in this judicial district.

### IV. STATEMENT OF FACTS

6. On May 10, 2019, Mr. Woods traveled from Seattle, WA to Vancouver, WA on Amtrak Cascades train number 505.

7. After disembarking train 505, Mr. Woods slipped on an oil spill on the walkway between tracks at the Amtrak station in Vancouver.

8. Mr. Woods suffered serious injuries when he fell to the ground, including significant injuries to his elbow. Mr. Woods still suffers the effects of those injuries.

### V. CAUSES OF ACTION

9. Plaintiff restates the allegations of the above paragraphs.

10. Defendant breached its duty of care to Plaintiff by, among other things, (a) failing to conduct operations in a manner which prevents unreasonably dangerous conditions, such as oil spills, (b) failing to inspect, maintain and/or fix unreasonably dangerous conditions on its premises, and (c) failing to warn passengers about the existence of dangerous conditions.

11. Defendant's actions constitute negligence and/or willful and wanton recklessness.

12. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has been damaged in an amount to be fully established at trial. Such damages include, but are not limited to, medical treatment costs and significant physical and mental pain and suffering.

### VI. PRAYER FOR RELIEF

Plaintiff requests the following relief:

1. Judgment against Defendant in an amount to be determined at trial; and

2. For such other relief as the Court deems just and equitable.

DATED this 3rd day of May, 2022.

                    LEGAL RESOLUTIONS, PLLC

                    By     /s/ Josias Flynn
                         Josias Flynn, WSBA No. 44130
                         Attorney for Plaintiff