THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PERRY WOODS,<br><br>                Plaintiff,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, dba AMTRAK,<br><br>                Defendant. | Case No. 3:22-cv-05302-BHS<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE DEADLINE TO SUBMIT MOTIONS *IN LIMINE***<br><br>**NOTE ON MOTION CALENDAR: MARCH 14, 2023** |

The undersigned parties hereby stipulate as follows and move this Court for an order continuing the deadline to submit *motions in limine*.

## **STIPULATION**

1. On May 3, 2022, Plaintiff filed his complaint. Dkt. 1.

2. On February 7, 2023, this Court entered an order continuing the pretrial deadlines and trial date. Dkt. 11.

3. The new deadline to submit motions *in limine* was inadvertently omitted from the parties' proposed order continuing the pretrial deadlines and trial date.

4. The parties respectfully stipulate to a continuance of the deadline to submit motions *in limine* to October 30, 2023. There are no other modifications.

JOINT STIPULATION AND ORDER CONTINUING DEADLINE TO
SUBMIT MOTIONS *IN LIMINE* - 1
CASE NO. 3:22-CV-05302-BHS

019188.0488/9308835.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| DEADLINE | CURRENT DATE | NEW DATE |
|---|---|---|
| 4 DAY JURY TRIAL set for 9:00 AM | December 5, 2023 | |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 26, 2023 | |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | June 26, 2023 | |
| All motions related to discovery must be filed by | July 7, 2023 | |
| Discovery completed by | August 4, 2023 | |
| All dispositive motions must be filed by | September 4, 2023 | |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | July 5, 2023 | October 30, 2023 |
| Agreed pretrial order filed with the Court by | November 10, 2023 | |
| Pretrial conference will be held at 11:00 AM on | November 20, 2023 | |
| Agreed neutral statement of the case and deposition designations due by | November 10, 2023 | |

5. The parties also respectfully request that this Court instruct the Clerk to issue a new order resetting the deadline as described above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  March 14, 2023.

LANE POWELL PC

By s/ Tim D. Wackerbarth
Tim D. Wackerbarth, WSBA No. 13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com

*Attorneys for Defendant*

LEGAL RESOLUTIONS, PLLC

By:  s/ Josias Flynn
Josias Flynn, WSBA No. 44130
JFlynn@legal-resolutions.com

*Attorney for Plaintiff*

JOINT STIPULATION AND ORDER CONTINUING DEADLINE TO SUBMIT MOTIONS *IN LIMINE* - 2
CASE NO. 3:22-CV-05302-BHS

019188.0488/9308835.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

# **ORDER**

THIS MATTER having come before the Court upon the stipulation of the Parties and the Court having considered the records and files herein, the Court does hereby find good cause to order that the deadline to submit motions *in limine* shall be as follows:

| DEADLINE | CURRENT DATE | NEW DATE |
|---|---|---|
| 4 DAY JURY TRIAL set for 9:00 AM | December 5, 2023 | |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 26, 2023 | |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | June 26, 2023 | |
| All motions related to discovery must be filed by | July 7, 2023 | |
| Discovery completed by | August 4, 2023 | |
| All dispositive motions must be filed by | September 4, 2023 | |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | July 5, 2023 | October 30, 2023 |
| Agreed pretrial order filed with the Court by | November 10, 2023 | |
| Pretrial conference will be held at 11:00 AM on | November 20, 2023 | |

The Court will instruct the Clerk to issue a new order adjusting the deadline accordingly.

DATED this 15th day of March 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

JOINT STIPULATION AND ORDER CONTINUING DEADLINE TO SUBMIT MOTIONS *IN LIMINE* - 3
CASE NO. 3:22-CV-05302-BHS
019188.0488/9308835.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

| | |
|---|---|
| LEGAL RESOLUTIONS, PLLC | LANE POWELL PC |
| By: *s/ Josias Flynn* <br> Josias Flynn, WSBA No. 44130 <br> JFlynn@legal-resolutions.com | By: *s/ Tim D. Wackerbarth* <br> Tim D. Wackerbarth, WSBA No.13673 <br> wackerbartht@lanepowell.com <br> Andrew G. Yates, WSBA No. 34239 <br> yatesa@lanepowell.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant National Railroad Passenger Corporation* |

JOINT STIPULATION AND ORDER CONTINUING DEADLINE TO SUBMIT MOTIONS *IN LIMINE* - 4
CASE NO. 3:22-CV-05302-BHS

019188.0488/9308835.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107