THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PERRY WOODS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:22-cv-05302-TMC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[CLERK'S ACTION REQUIRED] |

The parties in the above-captioned matter stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Court may dismiss with prejudice all claims, causes of action, and parties, with each party bearing that party's own costs, expenses, and fees.

DATED: October 24, 2023.

LEGAL RESOLUTIONS

By: *s/Josias Flynn*
Josias Flynn, WSBA No. 44130
jflynn@legal-resolutions.com

*Attorneys for Plaintiff Perry Woods*

LANE POWELL PC

By: *s/Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No.13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com

*Attorneys for Defendant National Railroad Passenger Corporation*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
NO. 3:22-CV-05302-TMC

019188.0488/9548628.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

**ORDER**

Pursuant to the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's claims herein are hereby dismissed with prejudice and without costs to any of the aforementioned parties.

DATED this 24th day of October, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

Presented by:

| LEGAL RESOLUTIONS | LANE POWELL PC |
|---|---|
| By: *s/Josias Flynn* | By: *s/ Tim D. Wackerbarth* |
| Josias Flynn, WSBA No. 44130 | Tim D. Wackerbarth, WSBA No.13673 |
| jflynn@legal-resolutions.com | wackerbartht@lanepowell.com |
|  | Andrew G. Yates, WSBA No. 34239 |
|  | yatesa@lanepowell.com |
| *Attorneys for Plaintiff Perry Woods* | *Attorneys for Defendant National Railroad Passenger Corporation* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
NO. 3:22-CV-05302-TMC

019188.0488/9548628.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107